IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LENNI GARIN, CHRIS GARIN, AND
MARION RICE,

COURT FILE NO.:CV 06-4414 PAM/JSM

Plaintiffs,

v.

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT LLC;
AND ELIZABETH BROOKS,
INDIVIDUALLY,

Defendants.

**ORDER**

**IT IS HEREBY ORDERED** that based upon the stipulation of counsel:

1. Plaintiffs Chris Garin and Marion Rice's Notices of Acceptance of Fed. R. Civ. P. 68 Offer of Judgment, filed on May 10, 2007 are hereby withdrawn as the parties have settled this matter. Plaintiffs Chris Garin and Marion Rice judgments obtained via the aforementioned acceptances are hereby vacated.

2. A settlement has also been reached with respect to the claims of Plaintiff Lenni Garin.

3. A judgment of dismissal with prejudice is hereby entered.

4. This matter is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party.

1029047v1

5.      If any further action is required to effectuate the vacations of the judgments in this action, the parties will work to undertake such required action.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


Dated: September __25__, 2007          <u>s/Paul A. Magnuson</u>
                                                                        Honorable Paul A. Magnuson
                                                                      Judge of U.S. District Court